USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fortino Martinez,

                            Plaintiff,

-against-

Felipe's Pizza and Restaurant, Inc., et al.,

                            Defendants.

1:19-cv-06136 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on April 16, 2020 at 10:30 a.m. (*See* ECF No. 24.) The telephone conference is adjourned until April 16, 2020 at 11:00 a.m. and the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745 at the scheduled time.

**SO ORDERED.**

DATED:    New York, New York
               March 19, 2020

                                                      _____
                                                        STEWART D. AARON
                                                        United States Magistrate Judge