UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fortino Martinez,

        Plaintiff,

-against-

Felipe's Pizza and Restaurant, Inc., et al.,

        Defendants.

1:19-cv-06136 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties today, and for the reasons stated on the record, IT IS HEREBY ORDERED, that:

(1) Fact discovery is hereby extended until and including July 1, 2020; and

(2) The parties shall appear via Telephone for a conference in the above-captioned matter on Monday, July 6, 2020, at 10:00 a.m. At the scheduled time, the Parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

Extensions shall only be granted for good cause shown, and only for a limited purpose.

SO ORDERED.

DATED: New York, New York
     April 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge