USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fortino Martinez,

                        Plaintiff,

-against-

Felipe's Pizza and Restaurant, Inc., et al.,

                        Defendants.

1:19-cv-06136 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, no later than July 20, 2020, the parties shall file a joint letter setting forth: (1) any application for additional, limited discovery sought by the parties, indicating whether the application is on consent; and (2) three alternative dates for a settlement conference, as well as the parties' preference regarding the manner for such conference to occur. Any request for additional discovery shall provide good cause for the requesting party's failure to seek the discovery prior to the July 1, 2020 deadline and set forth with specificity the additional limited discovery that is required.

**SO ORDERED.**

DATED:      New York, New York
                July 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge