# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020

November 4, 2020

**MOTION FOR EXTENSION**

**BY ECF**

Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: November 4, 2020

/s/ Stewart D. Aaron

   Re:       *Fortino Martinez v. Felipe's Pizza and Restaurant, et. al.*
   Case No.:  19 Civ. 6136 (SDA)

Dear Judge Aaron,

    Pursuant to Rules 1(A) and 1(D) of Your Honor's Individual Motion Practices, this letter respectfully serves as the parties' request to extend the filing deadline of the parties' joint motion for approval of their settlement. The current deadline is November 5, 2020 [Docket 34] and the requested new filing deadline date is November 20, 2020.

    The reason for the extension is defendants are still reviewing the proposed agreement and have yet to execute.

    This is the parties' first request for an extension of this deadline, and it is with plaintiff's consent. The requested extension and adjournment would not affect any other scheduled dates.

    We thank the Court for considering this matter.

                          Respectfully,

                          /s/ Peter H. Cooper
                          Peter H. Cooper

cc:    Defense Counsel (Via ECF)