USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fortino Martinez,

       Plaintiff,

-against-

Felipe's Pizza and Restaurant, Inc., et al.,

       Defendants.

1:19-cv-06136 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  This case contains one or more claims arising under the Fair Labor Standards Act. A settlement was reached by the parties at a settlement conference before me on October 9, 2020. The parties thereafter consented to have all proceedings held before me. (*See* ECF No. 33.) On November 17, 2020, the parties submitted their proposed settlement agreement. (ECF No. 39.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

  Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

  **SO ORDERED.**

DATED:  New York, New York
     November 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge